IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

PASCO SYSTEMS CORP.,

               Plaintiff,

     vs.

B2, LLC,

               Defendant.

**8:25CV612**

**ORDER DENYING DEFENDANT'S
AMENDED MOTION TO DISMISS
WITHOUT PREJUDICE**

This case is before the Court on Defendant's Amended Memorandum in Support of Defendant B2, LLC's Partial [sic] Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6), Filing 22, which is apparently Defendant's attempt to renew its Motion to Dismiss after the filing of Plaintiff's Amended Complaint, Filing 20. The Court denied a prior version of Defendant's Motion to Dismiss without prejudice to reassertion because it failed to comply with NECivR 7.1(a)(1)(A), which requires both a motion and a separate supporting brief. Filing 17.

Defendant's Amended Memorandum in Support of Defendant B2, LLC's Partial Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6), Filing 22, likewise fails to comply with the applicable local rule because it consists of only a brief but no separate motion. NECivR 7.1 states among other things, "Unless this rule states otherwise, a party who does not follow this rule may be considered to have abandoned in whole or in part that party's position on the pending motion." NECivR 7.1. The Court expects full compliance with applicable Federal and local rules from all attorneys practicing in this District.

Accordingly,

1

IT IS ORDERED that Defendant's Amended Memorandum in Support of Defendant B2, LLC's Partial Motion to Dismiss, Filing 22, is denied. Defendant shall have to and including Tuesday, February 24, 2026, to refile a Motion to Dismiss in full compliance with applicable rules.

Dated this 19th day of January, 2026.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge